```
        IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:19-00308

JAN RUCKER

### MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Motion to Continue Trial and All Related Dates. (ECF No. 17.) In support of his motion, counsel for the defendant explains that additional time is needed to evaluate discovery, which includes approximately 900 telephone calls. (See id.) Counsel also stated that the government does not oppose the continuance of this matter. (See id.) For good cause shown, the defendant's motion is **GRANTED**.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

I. The deadline for the filing of pretrial motions is continued until **May 4, 2020;**

II. The Pretrial Motions Hearing is continued until **10:00 a.m. on Monday, May 11, 2020, in Bluefield;**

III. Jury Instructions and Proposed Voir Dire are due to the court by **May 20, 2020;**

IV. Trial of this action is continued until **9:30 a.m. on Monday, May 27, 2020, in Bluefield;**

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 4th day of February, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge