IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 1:19-00308

JAN RUCKER

## MEMORANDUM OPINION AND ORDER

Pending before the court is Michael R. Whitt's motion to withdraw as the defendant's counsel. (ECF No. 35.) Mr. Whitt states in his motion that another attorney, Rico Moore, entered an appearance as retained counsel for the defendant, and thus Mr. Whitt requests permission to withdraw.

Withdrawal of representation in a criminal action is governed by Local Rule 44.4, which states in part that "[a] motion to withdraw shall be accompanied by a notice of appearance of substitute counsel." Here, there has been a notice of appearance of substitute counsel by Mr. Moore. (See ECF No.34.) Accordingly, the court hereby **GRANTS** Mr. Whitt's motion to withdraw as defendant's counsel. The court further **ORDERS** that Michael R. Whitt should no longer receive any CM/ECF notifications of filings in this case.

The Clerk is directed to send a copy of this Order to Mr. Whitt, Mr. Moore, the United States Attorney, the Probation

Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 14th day of July, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge